## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC., and PREMIER CARD SOLUTIONS LLC, f/k/a UV COLOR INC., <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVEL TAGS INC., <br><br> Defendant. | Civil File No.: 0:10-cv-00363 (JRT/AJB) <br><br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The Plaintiff, Interactive Communications International, Inc. and Premier Card Solutions LLC, f/k/a UV Color, Inc. and Defendant, Travel Tags, Inc., by and through their respective counsel, do hereby agree and stipulate as follows:

This transferred case from the United States District Court – Northern District of Georgia (Atlanta) is hereby dismissed with prejudice and on the merits, without costs, attorneys' fees, or expenses, being awarded to any party.

Dated: September 25, 2012      **FREDRIKSON & BYRON, P.A.**

 

By:   s/Lora M. Friedemann
     Lora M. Friedemann (#259615)
Suite 4000
200 South Sixth Street
Minneapolis, MN 55402
Telephone:   612-492-7000
Facsimile:   612-492-7077
E-mail:   lfriedemann@fredlaw.com

**ATTORNEYS FOR PLAINTIFFS**

Dated: September 25, 2012      **MASLON EDELMAN BORMAN & BRAND LLP**

 

By:   s/Alain M. Baudry
     Alain M. Baudry (#186685)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone:   612-672-8200
Facsimile:   612-672-8397
E-mail:   alain.baudry@maslon.com

**ATTORNEYS FOR DEFENDANT**

918176