# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INTERACTIVE COMMUNICATIONS INTERNATIONAL, INC. AND PREMIER CARD SOLUTIONS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TRAVEL TAGS INC., <br><br> Defendant. | Civil No. 10-0363 (JRT/AJB) <br><br> **DISMISSAL ORDER** |

Lora Friedemann, **FREDRIKSON & BYRON, PA,** 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402, for plaintiffs.

Alain Baudry, **MASLON EDELMAN BORMAN & BRAND,** 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for defendant.

This matter is before the Court on the stipulation of dismissal with prejudice filed by the parties on September 25, 2012 [Docket No. 48].

Based upon all the files, records and proceedings herein**, IT IS HEREBY ORDERED** that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE**, and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 25, 2012
at Minneapolis, Minnesota.

                                                                     s/John R. Tunheim
                                                           JOHN R. TUNHEIM
                                                         United States District Judge